THE LIONDALE BLEACH, DYE AND PRINT WORKS, PLAINTIFF IN ERROR, v. JOHN C. McGRATH, COLLECTOR OF THE BOROUGH OF ROCKAWAY, DEFENDANT IN ERROR.

Submitted March 3, 1903—Decided March 19, 1903.

For the plaintiff in error, *Willard W. Cutler.*

For the defendant in error, *John F. Stickle.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by Mr. Justice Dixon in his opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, GARRISON, FORT, GARRETSON, SWAYZE, VREDEN-BURGH, VOORHEES, VROOM, GREEN.   11.

*For reversal*—None.